## AFFIDAVIT OF SERVICE

| Case:<br>2:26−CV−03438−BRM−AME | Court:<br>UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY | County: | Job:<br>15710829 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>JAMES MARTIN PAGE | | **Defendant / Respondent:**<br>JAGUAR LAND ROVER NORTH AMERICA, LLC | |
| **Received by:**<br>Central Jersey Process Service | | **For:**<br>Milberg, PLLC | |
| **To be served upon:**<br>Jaguar Land Rover North America, LLC | | | |

I, Michael Weinshenker, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:**   Johnnie Myers, Corporation Service Company: 100 Charles Ewing Boulevard Suite 160, Ewing, NJ 08628

**Manner of Service:**   Registered Agent, Apr 22, 2026, 1:19 pm EDT

**Documents:**   SUMMONS IN A CIVIL CASE; CORRECTED CLASS ACTION COMPLAINT; CLASS ACTION COMPLAINT; CIVIL COVER SHEET (Received Apr 20, 2026 at 2:40pm EDT)

**Additional Comments:**

1) Successful Attempt: Apr 22, 2026, 1:19 pm EDT at Corporation Service Company: 100 Charles Ewing Boulevard Suite 160, Ewing, NJ 08628 received by Johnnie Myers. Age: 48; Ethnicity: African American; Gender: Male; Weight: 200; Height: 6'; Hair: Bald; Relationship: Intake Specialist;

I delivered the documents to Johnnie Myers, with identity confirmed by subject stating their name. Myers confirmed that he is authorized to accept legal documents on behalf of Corporation Service Company, registered agent of Jaguar Land Rover North America, LLC, in his official capacity as an Intake Specialist. Myers accepted the documents with direct delivery.

I declare under penalty of perjury that the record to which this declaration is attached is the same record on which Maximillian Hayden performed a notarial act and before whom I appeared by means of communication technology on this 23rd day of April, 2026.

Signed by:

*Michael Weinshenker*

—2D865EB1FAC0459...                                04/23/2026

Michael Weinshenker                              Date

Central Jersey Process Service
65 Morrell Street, Suite 103
New Brunswick, NJ 08901-1485
Authorized to serve pursuant to N.J. Ct. R. 4:4-3

*Subscribed and sworn to before me this 23rd day of April, 2026, by Michael Weinshenker, who is personally known to me. Witness my hand and official seal. I, Maximillian Hayden, witnessed, by means of communication technology, Michael Weinshenker sign the attached record and declaration on this 23rd day of April, 2026.*

DocuSigned by:

*Mnth Jn Mhyl IV*

—AE880233B17F402...

**Maximillian Hayden, Notary Public**
**State of New Jersey**
**County of Middlesex**

04/23/2026              09/26/2028

**Date**                    **Commission Expires**

MAXIMILLIAN J HAYDEN IV
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 0050214468
MY COMMISSION EXPIRES 09/26/2028