

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

May 13, 2026

<u>Via ECF</u>

The Honorable André M. Espinosa
United States Magistrate Judge
Martin Luther King Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:**   *Page v. Jaguar Land Rover North America, LLC*,
      **Case No. 2:26-cv-03438-BRM-AME (D.N.J.)**

Dear Judge Espinosa:

I, along with other attorneys from Hogan Lovells US LLP, represent Jaguar Land Rover North America, LLC ("JLRNA") in the above-referenced action.  I am writing regarding the *pro hac vice* admission of Trent Sterneck.

Pursuant to Your Honor's instructions, I am submitting this letter in lieu of a formal motion seeking leave for Trent Sterneck of Hogan Lovells US LLP to appear *pro hac vice* on behalf of JLRNA.  Counsel for Plaintiff have indicated that Plaintiff has no objection to Mr. Sterneck's admission *pro hac vice*.

Pursuant to Local Rule 101.1(c) and Your Honor's preferences, I am attaching as exhibits copies of my certification in support of Mr. Sterneck's admission *pro hac vice* and the certification of Trent Sterneck.  I am also attaching a proposed form of Order granting Mr. Sterneck's admission *pro hac vice*.  We respectfully request that Your Honor enter the proposed Order.

Sincerely,

*s/  Allison M. Wuertz*

Allison M. Wuertz
Partner

cc:  Counsel of Record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com