## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JAMES MARTIN PAGE, on behalf of himself and all similarly situated | :    **Civil Action No. 26-03438-BRM-AME** |
|  | : |
|  | :    **CERTIFICATION OF** |
| Plaintiff, | :    **TRENT STERNECK IN SUPPORT OF** |
|  | :    **MOTION FOR ADMISSION** |
| v. | :    **PRO HAC VICE OF** |
|  | :    **TRENT STERNECK** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | : |
|  | : |
| Defendant. | : |
|  | : |

TRENT STERNECK, of full age, certifies:

1. I am a senior associate of the law firm Hogan Lovells US LLP, located at 555 Thirteenth Street, NW, Washington, DC 20004. I make this Certification in support of the motion submitted by Hogan Lovells US LLP, pursuant to Local Civil Rule 101.1, for an Order admitting me to appear *pro hac vice* before this Court for the purpose of acting as counsel to Defendant Jaguar Land Rover North America, LLC ("Defendant") in this action.

2. I am a member in good standing of the Bar of the District of Columbia, to which I was admitted on September 14, 2021. The name and address of the office maintaining the roll of the members of the District of Columbia Bar is the District of Columbia Court of Appeals, Committee on Admissions, 430 E Street, NW, Room 123, Washington, DC 20001.

3. There are no disciplinary proceedings pending against me in any jurisdiction, nor has any discipline previously been imposed upon me in any jurisdiction.

4. I am associated in this matter with Allison M. Wuertz, Esq., of the law firm Hogan Lovells US LLP, who will act as New Jersey counsel and counsel of record for Defendant and who will receive all notices, orders, and pleadings, file all papers, enter appearances for

parties, sign stipulations, and sign and receive payments on judgments, decrees, or orders, and who will otherwise ensure compliance with the requirements of Local Civil Rule 101.1.

5.      I understand that, upon my admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and I agree to abide by the General and Admiralty Rules of the United States District Court for the District of New Jersey.

6.      I further agree to make a payment of $250.00 to the Clerk of the United States District Court, in accordance with Local Civil Rule 101.1(c)(3); to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; to arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28-2(a); to notify this Court promptly of the institution of any disciplinary proceedings against me in any jurisdiction; and to otherwise comply with the requirements of Local Civil Rule 101.1(c).

7.      As required by Local Civil Rule 101.1(d), I will strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

HOGAN LOVELLS US LLP
*Attorneys for Defendant*

Trent Sterneck

Dated:  May 13, 2026

2