**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| JAMES MARTIN PAGE, on behalf of himself and all similarly situated | : : : | **Civil Action No. 26-03438-BRM-AME** |
|  | : | **CERTIFICATION OF** |
| Plaintiff, | : | **ALLISON M. WUERTZ IN SUPPORT** |
|  | : | **OF MOTION FOR ADMISSION** |
| v. | : | **PRO HAC VICE OF** |
|  | : | **TRENT STERNECK** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | : : | |
|  | : | |
| Defendant. | : | |
|  | : | |

ALLISON M. WUERTZ, of full age, certifies:

1.    I am a partner of the law firm Hogan Lovells US LLP, located at 390 Madison Avenue, New York, NY 10017, counsel for Jaguar Land Rover North America, LLC ("Defendant") in the above-referenced matter.

2.    I am a member in good standing of the Bar of the State of New Jersey, as well as the United States District Court for the District of New Jersey.

3.    I respectfully submit this Certification in support of Defendant's motion for an Order admitting Trent Sterneck of the law firm Hogan Lovells US LLP to appear before this Court *pro hac vice* for the purpose of acting as counsel to Defendant in this action.

4.    I have read the Certification of Trent Sterneck, submitted herewith, in support of this motion and, to the best of my knowledge, information, and belief, the Certification is accurate.

5.    Upon admission *pro hac vice*, Mr. Sterneck will comply with Local Civil Rule 101.1.  I will be responsible for his ethical conduct throughout the course of this matter.

6.      Upon admission *pro hac vice* of Mr. Sterneck, either I or another attorney associated with Hogan Lovells US LLP who is a member of the Bar of the State of New Jersey and admitted to the United States District Court for the District of New Jersey will continue to participate and serve as counsel of record in this matter, to receive all notices, orders, and pleadings, to file all papers, to enter appearances for parties, to sign stipulations, and to sign and receive payments on judgments, decrees, or orders, and will otherwise comply with the requirements of Local Civil Rule 101.1.

7.      As required by Local Civil Rule 101.1(d), I will continue to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

8.      Pursuant to the rules of this Court, it is respectfully requested that this Court approve the admission *pro hac vice* of Trent Sterneck to serve as counsel on behalf of Defendant for the reasons set forth in his Certification.

9.      I have read and am familiar with the Local Rules of this District and the Federal Rules of Civil Procedure.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

HOGAN LOVELLS US LLP
*Attorneys for Defendant*


s/  Allison M. Wuertz
Allison M. Wuertz

Dated:  May 13, 2026

2