DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Jaguar Land Rover North America, LLC

Plaintiff(s),

v.

James Martin Page

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:26-cv-03438-BRM-AME

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Michael L. Kidney

Firm: Hogan Lovells US LLP

Address: 555 Thirteenth Street NW

Washington, DC  20004

Email: michael.kidney@hoganlovells.com

Phone: (202) 637-5883

Admitted on behalf of: Jaguar Land Rover North America, LLC