**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JAMES MARTIN PAGE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 2:26-cv-03438-BRM-AME<br><br><br>**CERTFICATION OF T. CHRISTOPHER TUCK IN SUPPORT OF ADMISSION TO PRACTICE *PRO HAC VICE*** |

I, T. CHRISTOPHER TUCK, hereby certify as follows:

1.     I am a member attorney at Rogers Patrick Westbrook & Brickman, LLC, 1037 Chuck Dawley Blvd., Bldg. A, Mount Pleasant, SC, 29464. I make this Certification in support of the motion submitted by Milberg, PLLC, pursuant to Local Civil Rule 101.1, for an Order admitting me to appear *pro hac vice* before this Court for the purpose of acting as counsel for Plaintiff James Martin Page ("Plaintiff") in this action.

2.     I am and have been a member in good standing of the State Bar of South Carolina since November 30, 1999, and the State Bar of Wisconsin since May 20, 1996. The name and address of the office maintaining the roll of members of the South Carolina State Bar is the Clerk of the Supreme Court of South Carolina, 1231 Gervais St., Columbia, SC 29201. The name and address of the office maintaining the roll of members of the Wisconsin State Bar is the State Bar of Wisconsin, 5302 Eastpark Boulevard, Madison, Wisconsin 53718.

3.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4.      I am associated in this matter with Mitchell Breit, Esq. of the law firm Milberg, PLLC, who will act as New Jersey counsel and counsel of record for Plaintiff and who will receive all notices, orders, and pleadings, file all papers, enter appearances for parties, sign stipulations, and sign and receive payments on judgments, decrees, or orders, and who will otherwise ensure compliance with the requirements of Local Civil Rule 101.1.

5.      I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of this Court, and I agree to abide by the General and Admiralty Rules of the United States District Court for the District of New Jersey.

6.      I further agree to make payment of $250.00 to the Clerk of the United States District Court, in accordance with the Local Civil Rule 101.1(c)(3); to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; to arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Rule 1:28-29(a) for each calendar year in which this case is pending; to notify this Court promptly of the institution of any disciplinary proceedings against me in any jurisdiction; and to otherwise comply with the requirements of Local Civil Rule 101.1(c).

7.      As required by Local Civil Rule 101.1(d), I will strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 3, 2026                                  Respectfully submitted,

                                                     ROGERS, PATRICK, WESTBROOK, & BRICKMAN, LLC
                                                     *Attorneys for Plaintiff*


                                                     /s/ T. Christopher Tuck
                                                     T. Christopher Tuck

2