**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

JAMES MARTIN PAGE, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

Defendant.

Case No. 2:26-cv-03438-BRM-AME

**CERTFICATION OF MITCHELL BREIT IN SUPPORT OF ADMISSION TO PRACTICE *PRO HAC VICE***

I, MITCHELL BREIT, hereby certify as follows:

1.      I am a senior partner at Milberg, PLLC, 405 East 50th Street, New York, NY 10022, counsel for Plaintiff James Martin Page ("Plaintiff") in the above-referenced matter.

2.      I am a member in good standing of the bar of the State of New Jersey, as well as the United States District Court for the District of New Jersey.

3.      I respectfully submit this Certification in support of Plaintiff's motion for an Order admitting T. Christopher Tuck of the law firm Rogers Patrick Westbrook & Brickman, LLC to appear before this Court *pro hac vice* for the purpose of acting as counsel to Plaintiff in this action.

4.      I have read the Certification of T. Christopher Tuck, submitted herewith, in support of this motion and, to the best of my knowledge, information, and belief, the Certification is accurate.

5.      Upon admission *pro hac vice*, Mr. Tuck will comply with Local Civil Rule 101.1. I will be responsible for his ethical conduct throughout the course of this matter.

6.      Upon admission *pro hac vice* of Mr. Tuck, I will continue to participate and serve as counsel of record in this matter, to receive all notices, orders, and pleadings, to file all papers, to enter appearances for parties, to sign stipulations, and to sign and receive payments on judgments, decrees, or orders, and will otherwise comply with the requirement of Local Civil Rule 101.1.

7.      As required by Local Civil Rule 101.1(d), I will continue to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

8.      Pursuant to the rules of this Court, it is respectfully requested that this Court approve the admission *pro hac vice* of T. Christopher Tuck to serve as counsel on behalf of Plaintiff for the reasons set forth in his Certification.

9.      I have read and am familiar with the Local Rules of this District and the Federal Rules of Civil Procedure.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

Dated: June 3, 2026

**MILBERG, PLLC**
*Attorney for Plaintiff*

 */s/ Mitchell Breit*
Mitchell Breit