UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

District Judge:   BRIAN R. MARTINOTTI          Date: 06/08/2026
Court Reporter:   Jennifer Kohn                Civil Case No.: 2:26-3438

Title of the Case:

JAMES MARTIN PAGE,

Plaintiff(s)

v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC,

Defendant(s).

Appearances:

Mitchell M. Breit & T.A.C. Hargrove, II, Attorneys for Plaintiff
Michael L. Kidney, Attorney for Defendant

**Nature of Proceedings**:

Status/Premotion Conference held
Court ordered as follows:
- Amended Complaint to be filed by 06/29/26
- Responsive Pleading in due course

Lissette Rodriguez, Courtroom Deputy
to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 10:00 am
Time Concluded:   10:25 am