

Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281
T:  +1 202 918 3067
F:  +1 212 918 3100
www.hlc.com

July 30, 2026

**Via ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

**Re:**     *Page v. Jaguar Land Rover N. Am., LLC*, **Case No. 26-cv-03438-BRM-AME**

Dear Judge Martinotti:

I, along with other attorneys from Hogan Lovells Cadwalader US LLP, represent Jaguar Land
Rover North America, LLC ("JLRNA") in the above-referenced action.  We write to provide the
Court an update on developments related to the pending vehicle recall at issue in this dispute and
to request a stay of the briefing schedule for JLRNA's motion to dismiss Plaintiff's Second
Amended Complaint ("SAC") (ECF No. 30), which currently is due on August 4, 2026.
*See* ECF No. 39 (setting briefing schedule).

As discussed in the premotion conference, ECF No. 29, and alleged in the SAC, *see, e.g.*, ECF
No. 30 at 22–24 (SAC ¶¶ 69–77), the alleged automotive defect at issue in this putative
class action is the subject of an ongoing recall with a forthcoming recall remedy.  *Id.* ¶ 75.  We
believe that the nature of the recall remedy is likely to significantly influence the scope of the
Parties' dispute.

While work on developing the recall remedy remains ongoing, JLRNA expects to be able to
provide this Court, on or before September 30, 2026, information about both the nature of the
recall remedy and the timing of its availability.  (Of course, any proposed recall remedy would
be subject to discussions with and final review by the National Highway Traffic Safety
Administration ("NHTSA").)

Rather than proceeding with briefing JLRNA's anticipated motion to dismiss addressing issues
that may be mooted or otherwise affected by the forthcoming recall remedy, JLRNA respectfully
requests that the Court:  (1) stay the current briefing schedule (ECF No. 39) on JLRNA's
motion to dismiss, and (2) order that JLRNA shall file on or before <u>September 30, 2026</u>, a letter
providing a status update including:  (i) available information regarding the nature of the
anticipated recall remedy; (ii) the anticipated timing of the remedy's availability to U.S.

- 2 -

vehicle owners; (iii) confirmation that the Parties have met and conferred about the anticipated recall remedy's effect, if any, on this litigation; (iv) whether the Parties have engaged in settlement discussions; and, absent any settlement, (v) provide a proposed deadline for the filing of Plaintiff's Third Amended Complaint or a revised briefing schedule for JLRNA's motion to dismiss the SAC.

The proposed stay and reporting requirement would avoid unnecessary motion practice and promote the principles of efficiency and judicial economy enshrined in Federal Rule of Civil Procedure 1.

Before submitting this letter, JLRNA conferred with Plaintiff's counsel who indicated that Plaintiff does not oppose the relief requested herein.

Please mark this letter "SO ORDERED" if the Court grants JLRNA's request.

Respectfully submitted,

Allison M. Wuertz
Partner

**SO ORDERED:**

_____

The Honorable Brian R. Martinotti
United States District Judge

Dated: