Milberg.

**Mitchell Breit**
**405 East 50th Street**
**New York, New York 10022**
**(202) 932-7081**
**mbreit@milberg.com**

August 26, 2026

VIA ECF

The Honorable André M. Espinosa
United States Magistrate Judge
Martin Luther King Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Page v. Jaguar Land Rover North America, LLC,
Case No. 2:26-cv-03438-BRM-AME (D.N.J.)**

Dear Judge Espinosa:

I, along with other attorneys from MILBERG, PLLC, represent Plaintiff James Martin Page in the above-referenced action. I am writing regarding the pro hac vice admission of Adam A. Edwards.

Pursuant to Your Honor's instructions, I am submitting this letter in lieu of a formal motion seeking leave for Adam A. Edwards of Milberg, PLLC to appear pro hac vice on behalf of Plaintiff. Counsel for Defendant have indicated that Defendant has no objection to Mr. Edwards' admission pro hac vice.

Pursuant to Local Rule 101.1(c) and Your Honor's preferences, I am attaching as exhibits copies of my certification in support of Mr. Edwards' admission pro hac vice and the certification of Adam A. Edwards. I am also attaching a proposed form of Order granting Mr. Edwards' admission pro hac vice. We respectfully request that Your Honor enter the proposed Order.

Respectfully yours,

/s/Mitchell Breit
Mitchell Breit

cc: Counsel of Record (via ECF)



Corporate Disclosure: Milberg is a global law firm with its main headquarters located in San Juan, Puerto Rico as a limited liability corporation. Its domestic United States principal place of business is a professional limited liability corporation located in Knoxville, Tennessee.