Milberg.

William A. Ladnier, Partner
Milberg, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080
wladnier@milberg.com

October 30, 2026

**VIA ECF**

The Honorable Brian R. Martinotti
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

**Re: *Page v. Jaguar Land Rover N. Am., LLC*, No. 26-cv-03438-BRM-AME**

Dear Judge Martinotti:

We represent Plaintiff in the above-captioned action. Following the issuance of a stay in this litigation, and following the September 30, 2026 letter (ECF No. 48), the Court ordered Plaintiff to file a letter "providing the Court with Plaintiff's position on whether circumstances support leaving the existing stay in place." ECF No. 49. To that end, we met and conferred with Defendant Jaguar Land Rover N. Am. LLC's ("Jaguar") counsel earlier this week to discuss the latest developments regarding the recall issued by Jaguar.[1]

Since that time, Plaintiff's counsel have actively considered the information provided by Jaguar's counsel, as well as discussed this information with counsel for the *Sumrell* plaintiffs, analyzing whether the stays in this and the *Sumrell* action should be extended.

The Parties in this and the *Sumrell* action remain actively engaged in discussions. Because these discussions are ongoing, and because they may impact Plaintiff's determination on whether a continued stay remains appropriate, Plaintiff respectfully requests that he be afforded an additional fourteen (14) days—until November 13, 2026—to file a letter providing the Court with his position on "whether circumstances support leaving the existing stay in place."

[1] A similar action was also filed, *Sumrell v. Jaguar Land Rover N. Am., LLC*, No. 2:26-cv-08452. Counsel for the *Sumrell* plaintiffs were included in these meet-and-confer efforts.

We appreciate the Court's consideration of this request as we remain engaged in discussions with Jaguar's counsel and the *Sumrell* plaintiffs' counsel.

Sincerely Yours,

*/s/ Mitchell Breit*

Mitchell Breit

*Counsel for Plaintiff*
*and the Proposed Class*

SO ORDERED.

Brian R. Martinotti
BRIAN R. MARTINOTTI, USDJ
DATED: 11/02/2026