Milberg.

Amey J. Park, Partner
Milberg, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (516) 202-2423
apark@milberg.com

November 13, 2026

**VIA ECF**

The Honorable Brian R. Martinotti
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

**Re: *Page v. Jaguar Land Rover N. Am., LLC*, No. 26-cv-03438-BRM-AME**

Dear Judge Martinotti:

We represent Plaintiff in the above-captioned action. Following the issuance of a stay in this litigation, and following the September 30, 2026 letter (ECF No. 48), the Court ordered Plaintiff to file a letter "providing the Court with Plaintiff's position on whether circumstances support leaving the existing stay in place." ECF No. 49. On November 2, 2026, the Court permitted Plaintiff until November 13, 2026, to respond. To that end, we met and conferred with Defendant Jaguar Land Rover N. Am. LLC's ("Jaguar") counsel on October 27, 2026, to discuss the latest developments regarding the recall issued by Jaguar.[1]

Plaintiff's counsel have actively considered the information provided by Jaguar's counsel and have discussed this information with counsel for the *Sumrell* plaintiffs, analyzing whether the stays in this and the *Sumrell* action should be extended. Plaintiff here and the *Summrell* plaintiffs have agreed to extend the stay until January 29, 2027, as Jaguar has requested. *See* ECF No. 48. However, all plaintiffs agree that it makes little sense to simply extend the stay continuously. Accordingly, most recently on November 11, 2026, the Parties met and conferred regarding the issuance of limited confirmatory discovery by Plaintiff and the *Sumrell* plaintiffs regarding the

[1] A similar action was also filed, *Sumrell v. Jaguar Land Rover N. Am., LLC*, No. 2:26-cv-08452. Counsel for the *Sumrell* plaintiffs were included in these and all other meet-and-confer efforts relating to the existing stay and the recall.



Corporate Disclosure: Milberg is a global law firm with its main headquarters located in San Juan, Puerto Rico as a limited liability corporation. Its domestic United States principal place of business is a professional limited liability corporation located in Knoxville, Tennessee.

efficacy of the recall. All plaintiffs envision that such confirmatory discovery would be limited in scope and would be issued (and responded to) prior to January 29, 2027, when Jaguar has requested the stay to end. All plaintiffs believe that such confirmatory discovery would place the Parties in the best position possible to inform the Court regarding the status of the ongoing recall, its efficacy (if any), and whether it fully addresses all plaintiffs' claims—thereby allowing the Parties and the Court to make a more informed decision on whether the stay should be extended past January.

Jaguar's counsel indicated that they would discuss this request with Jaguar, but that it was unlikely they would receive a response prior to Plaintiff's November 13, 2026 deadline to respond.

Ultimately, the Parties in this and the *Sumrell* action agree that the stay can be extended until January 29, 2027. Discussions remain ongoing regarding whether Jaguar will agree to respond to confirmatory discovery prior to the expiration of the stay on that date. After Jaguar responds with their position, the Plaintiff can provide an update to the Court regarding the status of potential confirmatory discovery, if the Court so desires.

Respectfully,

Amey J. Park
*Counsel for Plaintiff*
*and the Proposed Class*

SO ORDERED.

______________________________
BRIAN R. MARTINOTTI, USDJ
DATED: NOV. 16, 2026